**Betty GRAF and Wayne Koch, Plaintiffs–Respondents,**

v.

**Conrad MARKMUELLER and H.E. Brannan, Defendants–Appellants.**

**No. 57230.**

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 28, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1990.

Application to Transfer Denied Nov. 20, 1990.

David L. Campbell, John J. Campbell, St. Louis, for defendants-appellants.

Terrance L. Farris, Clayton, for plaintiffs-respondents.

ORDER

PER CURIAM.

Defendants appeal from the trial court's judgment awarding damages to plaintiff Graf and denying their counterclaim against plaintiff Koch. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).